**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Criminal No. 05-0650M (1) |
| *v.* | : | |
| | : | |
| WALTER MARTINEZ | : | |

_____

**DEFENDANT'S NOTICE OF FILING**

Defendant Walter Martinez ("Martinez"), by and through undersigned counsel,

respectfully requests that the attached Defendant's Request for Discovery be made part of the

record in this case:

Dated: Washington, DC
      December 19, 2005           Respectfully submitted,

                        **LAW OFFICE OF A. EDUARDO BALAREZO**


By:    _____
             A. Eduardo Balarezo (Bar # 462659)
             400 Fifth Street, NW
             Suite 300
             Washington, DC  20001

             *Attorney for Defendant Walter Martinez*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of December 2005, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and Attached Request for Discovery to be delivered via Electronic Case Filing to the parties in this case.

_____
A. Eduardo Balarezo